B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Pacific Sun Entertainment Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AEL Financials LLC<br>600 North Buffalo Grove Road<br>Buffalo Grove, IL 60190 | AEL Financials LLC<br>600 North Buffalo Grove Road<br>Buffalo Grove, IL 60190 | Judgment Lien | | 127,000.00 |
| AEL Financials LLC<br>600 North Buffalo Grove Road<br>Buffalo Grove, IL 60190 | AEL Financials LLC<br>600 North Buffalo Grove Road<br>Buffalo Grove, IL 60190 | 2 specialized servers | | 127,000.00<br><br>(0.00 secured) |
| Balboa Capital Corp / Butler capital<br>2010 Main Street, 11th Floor<br>Irvine, CA 92614 | Balboa Capital Corp / Butler capital<br>2010 Main Street, 11th Floor<br>Irvine, CA 92614 | Judgment Lien | | 160,000.00 |
| Balboa Capital Corp / Butler capital<br>2010 Main Street, 11th Floor<br>Irvine, CA 92614 | Balboa Capital Corp / Butler capital<br>2010 Main Street, 11th Floor<br>Irvine, CA 92614 | 3 specialized servers | | 160,000.00<br><br>(0.00 secured) |
| Citi Bank<br>P.O.Box 9241<br>Uniondale, NY 11555-9241 | Citi Bank<br>P.O.Box 9241<br>Uniondale, NY 11555-9241 | Other Loan | | 130,000.00 |
| Financial Pacific Leasing<br>3455 S 344TH WAY, SUITE 300<br>FEDERAL WAY, WA 91324 | Financial Pacific Leasing<br>3455 S 344TH WAY, SUITE 300<br>FEDERAL WAY, WA 91324 | 1 specialized server | | 40,000.00<br><br>(0.00 secured) |
| First Bank<br>175 South Beverly Drive<br>Beverly Hills, CA 90212 | First Bank<br>175 South Beverly Drive<br>Beverly Hills, CA 90212 | Judgment Lien | | 225,000.00 |
| First Bank<br>175 South Beverly Drive<br>Beverly Hills, CA 90212 | First Bank<br>175 South Beverly Drive<br>Beverly Hills, CA 90212 | 6 specialized servers | | 225,000.00<br><br>(0.00 secured) |
| Mission Valley Bank<br>9116 Sunland Boulevard<br>Sun Valley, CA 91352-2052 | Mission Valley Bank<br>9116 Sunland Boulevard<br>Sun Valley, CA 91352-2052 | 6 specialized servers | | 350,000.00<br><br>(0.00 secured) |
| Mission Valley Bank<br>9116 Sunland Boulevard<br>Sun Valley, CA 91352-2052 | Mission Valley Bank<br>9116 Sunland Boulevard<br>Sun Valley, CA 91352-2052 | Judgment Lien | | 350,000.00 |
| Pinnacle Business Finance<br>789 S Federal Hwy #207<br>Stuart, FL 34994 | Pinnacle Business Finance<br>789 S Federal Hwy #207<br>Stuart, FL 34994 | 1 specialized server | | 60,000.00<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re **Pacific Sun Entertainment Inc.**            Case No. _____
                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Puget Sound Leasing<br>PO Box 1295<br>Issaquah, WA 98027 | Puget Sound Leasing<br>PO Box 1295<br>Issaquah, WA 98027 | 1 specialized server | | 55,000.00<br><br>(0.00 secured) |
| Sterling National Bank<br>500 Seventh Avenue 11th Floor<br>New york, NY 10018 | Sterling National Bank<br>500 Seventh Avenue 11th Floor<br>New york, NY 10018 | Judgment Lien | | 175,000.00 |
| Sterling National Bank<br>500 Seventh Avenue 11th Floor<br>New york, NY 10018 | Sterling National Bank<br>500 Seventh Avenue 11th Floor<br>New york, NY 10018 | 3 specialized servers | | 175,000.00<br><br>(0.00 secured) |
| US Bank<br>100 North Milpitas Boulevard<br>Milpitas, CA 95035-5468 | US Bank<br>100 North Milpitas Boulevard<br>Milpitas, CA 95035-5468 | phot copier Dell Power Edge servers DVD dupicator and wrapper | | 150,000.00<br><br>(0.00 secured) |
| Wachovia Bank<br>P. O. Box 13327<br>Roanoke, VA 24040 | Wachovia Bank<br>P. O. Box 13327<br>Roanoke, VA 24040 | Judgment Lien | | 400,000.00 |
| Wachovia Bank<br>P. O. Box 13327<br>Roanoke, VA 24040 | Wachovia Bank<br>P. O. Box 13327<br>Roanoke, VA 24040 | 6 specialized servers | | 400,000.00<br><br>(0.00 secured) |
| Wirth Business Credit<br>605 Highway 169 N, Suite 400<br>Minneapolis, MN 55441 | Wirth Business Credit<br>605 Highway 169 N, Suite 400<br>Minneapolis, MN 55441 | Judgment Lien | Disputed | 350,000.00 |
| Wirth Business Credit<br>605 Highway 169 N, Suite 400<br>Minneapolis, MN 55441 | Wirth Business Credit<br>605 Highway 169 N, Suite 400<br>Minneapolis, MN 55441 | Other Loan They repossed 6 servers I dispute this claim | Disputed | 350,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **January 4, 2010**        Signature    **/s/ Saeed Bin Sardar**
                                                                           **Saeed Bin Sardar**
                                                                           **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy